**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: E.E.S., A MINOR  : No. 133 EAL 2022
:
:
PETITION OF: J.P., MOTHER  : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.